# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

| | |
|---|---|
| ANTHONY BARRON, | : |
| Plaintiff, | : |
| -vs- | : 7:07-CV-29(HL) |
| JOHN ASTRUE, Commissioner, Social Security Administration, | : |
| Defendant. | : |

## ORDER

Upon consideration of Plaintiff's for leave to proceed *in forma pauperis* and his affidavit of indigency in support thereof, and it appearing that said Plaintiff meets the requirements of 28 U.S.C. § 1915 (1966) for proceeding *in forma pauperis,* Plaintiff's motion is hereby GRANTED. Plaintiff is hereby allowed to proceed in this action without prepayment of costs or fees or the necessity of giving security therefore. The Clerk shall file the complaint.

SO ORDERED, this 22nd day of March 2007.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE